THE STATE OF MISSOURI, Respondent, v. WM. WINFIELD, Appellant.

**Kansas City Court of Appeals, March 23, 1896.**

Dram Shop: LOCAL OPTION: REPEAL: INDICTMENT. *The State v. Patrick & Boyd,* affirmed.

*Appeal from the Howard Circuit Court.*—HON. JOHN A. HOCKADAY, Judge.

REVERSED AND DEFENDANT DISCHARGED.

SMITH, P. J.—This case is the duplicate of that of *State v. Patrick & Boyd,* decided at the present term, and the questions here involved will be ruled as there.

It results the judgment will be reversed and the defendant discharged. All concur.